IN THE UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLINE DENISE DIXON, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CAUSE NO. |
| MAERSK AGENCY USA, INC. d/b/a A.P. MOELLER-MAERSK | | |
| Defendant. | | |

## NOTICE OF REMOVAL

Defendant Maersk Agency USA Inc., incorrectly named as Maersk Agency USA, Inc. d/b/a A.P. Moeller-Maersk ("Defendant"), files this Notice of Removal of the civil action filed against it by Plaintiff Caroline Denise Dixon ("Plaintiff") to the United States District Court for the Southern District of Texas, Houston Division, pursuant to the provisions of 28 U.S.C. § 1441 *et seq*., on the basis of the following facts, which demonstrate the existence of federal question jurisdiction in this Court. In support thereof, Defendant respectfully shows the Court as follows:

### I.     The State Court Proceedings

1.     Plaintiff filed her Original Petition on June 12, 2023, against Defendant in the 164th Judicial District Court of Harris County, Texas, Cause No. 2023-36152.[1]

2.     In her Original Petition, Plaintiff asserts claims of unlawful race discrimination and of her alleged wrongful termination against Defendant under the 42 U.S.C. Section 1981. Plaintiff's Original Petition includes a jury demand.

3.      Defendant was served with process on June 16, 2023.

---
[1] Exhibit B (Original Petition).

1

4. No further proceedings have taken place in the state court.

5. The time within which Defendant is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired.

## II. Removal Based on Federal Question

6. This Court has federal question jurisdiction over Plaintiff's suit pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under 42 U.S.C. Section 1981.

## III. Additional Matters for Removal

7. Pursuant to S.D. Tex. Local R. 81, this Notice of Removal is accompanied by copies of the following:

   a. All executed process in this case (Exhibit A);

   b. Pleadings asserting causes of action and defenses:

      i. Plaintiff's Original Petition (Exhibit B);

   c. The state court docket sheet (Exhibit C);

   d. An index of documents being filed (Exhibit D); and

   e. A list of all counsel of record, including address, telephone numbers, and parties represented (Exhibit E).

9. Plaintiff demanded a jury in the state court action.

10. Defendant will promptly file this Notice of Removal with the clerk of the state court in which this action has been pending.

11. This Notice of Removal has been served on all properly named parties to the removed case.

## Conclusion

Defendant prays that this Court take jurisdiction of this action to the exclusion of any further proceedings in the state court and dismiss it with prejudice.

Respectfully submitted,

  */s/ Carolyn Russell*
Carolyn Russell
SBOT: 24003913
USDC SD/TX: 25141
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
713.655.0855
713.655.0020 (Fax)
carolyn.russell@ogletreedeakins.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT MAERSK AGENCY USA INC.**

## CERTIFICATE OF SERVICE

This is to certify that on July 10, 2023, the foregoing document was submitted for electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dennis L. Richard
Law Office of Dennis L. Richard
14255 Blanco Road
San Antonio, TX 78215
Dennisrichardlaw@gmail.com

  */s/ Carolyn Russell*
  Carolyn Russell