# Exhibit A



**CT Corporation**
**Service of Process Notification**
06/16/2023
CT Log Number 544094784

## Service of Process Transmittal Summary

**TO:**  MARK KRSULIC
MAERSK INC.
180 PARK AVE
FLORHAM PARK, NJ 07932-1054

**RE:**  Process Served in Texas

**FOR:**  Maersk Agency U.S.A., Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CAROLINE DENISE DIXON // To: Maersk Agency U.S.A., Inc. |
| **CASE #:** | 202336152 |
| **NATURE OF ACTION:** | Employee Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 06/16/2023 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air |
| | Image SOP |
| | Email Notification, MARK KRSULIC  mark.krsulic@maersk.com |
| | Email Notification, PETER W. JABBOUR  peter.jabbour@maersk.com |
| | Email Notification, CLAIRE DEKAR  claire.dekar@maersk.com |
| | Email Notification, RACHELLE BARSTOW  rachelle.barstow@maersk.com |
| | Email Notification, MICHAEL SCOTT  michael.scott@maersk.com |
| | Email Notification, LIANN TIRABASSI  liann.love-tirabassi@maersk.com |
| | Email Notification, VANDANA MURTY ABRAMS  vandana.abrams@maersk.com |
| | Email Notification, Tanvir Hossain  tanvir.hossain@performanceteam.net |
| | Email Notification, ROBIN WORKMAN  robin.workman@maersk.com |
| | Email Notification, BRIAN WHITEMAN  brian.whiteman@maersk.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
866-401-8252
EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the



CT Corporation
**Service of Process Notification**
06/16/2023
CT Log Number 544094784

included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



**MARLYN BURGESS**
HARRIS COUNTY DISTRICT CLERK
P.O. Box 4651
HOUSTON, TEXAS 77210-4651



CERTIFIED MAIL

7020 0640 0001 1360 5708

CAUSE NO. 202336152

RECEIPT NO. 999638     75.00    CTM
*********     TR # 74182186

| | |
|---|---|
| PLAINTIFF: DIXON, CAROLINE DENISE<br>vs.<br>DEFENDANT: MAERSK AGENCY USA INC (D/B/A A P MOELLER-MAERSK) | In The   164th<br>Judicial District Court<br>of Harris County, Texas<br>164TH DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: MAERSK AGENCY USA INC (D/B/A A P MOELLER-MAERSK) (A FOREIGN FOR-PROFIT
    CORPORATION) MAY BE SERVED WITH PROCESS BY SERVING ITS REGISTERED AGENT
    C T CORPORATION

    1999  BRYAN STREET SUITE 900   DALLAS  TX  75201 - 3136

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

This instrument was filed on the 12th day of June, 2023, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 14th day of June, 2023, under my hand and
seal of said Court.



Issued at request of:
RICHARD, DENNIS LAYNE
14255  BLANCO ROAD
SAN ANTONIO, TX  78216
Tel: (210) 308-6600
Bar No.:  16842600

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: HALL, JOSHUA EVERETT
GLH//12301549

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
 PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND
to the following addressee at address:

_____       _____
                                                                                           ADDRESS

                                                                                      Service was executed in accordance with Rule 106
_____      (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                                 return receipt incorporated herein and attached
                                                               hereto at